# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONNIE C. MCKINNEY; AND JOAN
MCKINNEY, F/K/A JOAN BLAKE,
                    Appellants,
vs.
NATIONSTAR MORTGAGE, LLC, D/B/A
MR. COOPER; AND QUALITY LOAN
SERVICE CORPORATION, TRUSTEE,
                    Respondents.

No. 83860

**FILED**

SEP 20 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellants and respondent Nationstar Mortgage, LLC, filed a stipulation to dismiss this appeal on August 30, 2022. The stipulation is not signed by counsel of record for respondent Quality Loan Service Corp. Accordingly, this court elects to treat the stipulation as a joint motion to dismiss, and the motion is granted. This appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc: Hon. Leon Aberasturi, District Judge
William C. Turner, Settlement Judge
Law Office of Christopher P. Burke
Troutman Pepper Hamilton Sanders LLP/Atlanta
Kravitz Schnitzer Johnson Watson & Zeppenfeld, Chtd.
McCarthy & Holthus, LLP/Las Vegas
Troutman Pepper Hamilton Sanders LLP/Las Vegas
Third District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

22-29478